IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TANYA NICOLE SAUERMILCH PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL DITRICK, and CHI CLINIC EMANUAL, Omaha, NE,<br><br>Defendants. | 8:20CV419<br><br>**ORDER** |

Now that the Court of Appeals' mandate has issued, and this court's judgment dismissing the above-captioned case has been summarily affirmed on appeal,

IT IS ORDERED:

1. Plaintiff's motion to increase damage demand (Filing 15) is denied.

2. Plaintiff's motion for miscellaneous relief (Filing 16) is denied.

3. Plaintiff's motion to withdraw document (Filing 19) is denied.

Dated this 5th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge